consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

*Thursday, April 5, 2001*

## MOTION DOCKET

**99–239. State v. Reiner.**
Lucas App. No. L–97–1002. IT IS ORDERED by the court, *sua sponte,* that within ten days from the date of this entry the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County.

**99–427. State v. Reiner.**
Lucas App. No. L–97–1002. IT IS ORDERED by the court, *sua sponte,* that within ten days from the date of this entry the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County.